1
2
3
4
5
6
7
8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RAYMOND RODRIGUEZ,                    No. 2:17-CV-0611-CMK-P

12               Plaintiff,

13        vs.                              <u>ORDER</u>

14   COUNTY OF SACRAMENTO, et al.,

15               Defendants.

16   _____/

17               Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  On May 25, 2017, the court determined that plaintiff's complaint was

19   appropriate for service and directed plaintiff to submit documents for service by the United

20   States Marshal within 30 days.  Plaintiff was warned that failure to submit the required

21   documents may result in dismissal of this action for lack of prosecution and failure to comply

22   with court rules and orders.  <u>See</u> Local Rule 110.  To date, plaintiff has not submitted the

23   required documents as directed.

24   / / /

25   / / /

26   / / /

1

Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to submit the required service documents. Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

IT IS SO ORDERED.


DATED: September 18, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE