IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND RODRIGUEZ,   No. 2:17-CV-0611-CMK-P

    Plaintiff,

  vs.   ORDER

COUNTY OF SACRAMENTO, et al.,

    Defendants.

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

DATED: January 16, 2018

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE